UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LQC PARTNERS VI, LLC, | ) |
| Plaintiff and Counterclaim-Defendant | ) Case No. 4:25-cv-00067-CDL |
| v. | ) |
| SENIOR LIVING PROPERTIES VII, LLC, SLM SERVICES, LLC, URI RUBIN, CHUAN WANG, | ) |
| Defendants, | ) |
| and | ) |
| DENNIS WAGNER, ANDREW HSU, | ) |
| Defendants and Counterclaim-Plaintiffs. | ) |

**ORDER**

Before the Court is Plaintiff LQC Partners VI, LLC's Motion for Default Judgment ("the Motion"). Having considered the Motion, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Pursuant to Fed. R. Civ. P. 55, LQC is entitled to default judgment in its favor and against Defendants Senior Living Properties VII, LLC, SLM Services, LLC, and Chuan Wang ("the Defaulting Defendants") as to all allegations in LQC's Complaint.

The Court further finds that based on the well-pled allegations in the Complaint, all of which the Defaulting Defendants are deemed to have admitted as a result of their default, and the additional evidence submitted along with its Motion, LQC is entitled to $1,032,339.95 (the

"Judgment Amount")—which amount includes $856,416.30 in compensatory damages, plus interest on those damages in the amount of $82,051.84 and $93,871.81 in attorney's fees—and post-judgment interest on the Judgement Amount at the statutory rate until paid in full. The Clerk shall enter judgment accordingly.

SO ORDERED, this 9th day of September, 2025.

S/Clay D. Land
United States District Judge Clay D. Land
United States District Court for the Middle District of Georgia

**Distribution:**

John T. McGoldrick, Jr.
William H. Larson
MARTIN SNOW, LLP
P.O. Box 1606
Macon, GA 31202-1606
T: (478) 749-1700
jtmcgoldrick@martinsnow.com
whlarson@martinsnow.com

*Counsel for Defendant Dennis Wagner*

David N. Stern
BARRON & NEWBURGER, P.C.
7320 N Mopac Expressway, Suite 400
Austin, TX 78731
T: (512) 476-9103
dstern@bn-lawyers.com

*Counsel for Defendant Uri Rubin*

Thomas M. Barton
Aaron P.M. Tady
Huff, Powell & Bailey, LLC
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
T: (770) 995-5552
tbarton@huffpowellbailey.com
atady@huffpowellbailey.com

*Counsel for Defendant Andrew Hsu*


Senior Living Properties VII, LLC
c/o Senior Living Management Corp.
4611 Johnson Road - Suite 1
Coconut Creek, FL 33073
Attention: Greg Knowles, Chief Operating Officer, Uri Rubin, Manager
T: (954) 691-1036


SLM Services, LLC
c/o Senior Living Management Corp.
4611 Johnson Rd — Suite 1
Coconut Creek, FL 33073
Attention: Greg Knowles, Chief Operating Officer, Uri Rubin, Manager
T: (954) 691-1036


Chuan Wang
3532 NE 31St Avenue
Lighthouse Point, FL 33064
jonathancswang@icloud.com

0158335.0792455  4900-8152-9186